# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136493

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

GREGORY DEAN SNYDER,
  Defendant-Appellant.

SC: 136493
COA: 283720
Genesee CC: 06-018261-FC

_____/

   On order of the Court, the application for leave to appeal the March 31, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

Clerk

d0828